# Order

Michigan Supreme Court
Lansing, Michigan

September 9, 2010

140825(100)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

BARRY WAYNE ADAMS,
      Defendant-Appellant.

SC: 140825
COA: 282638
Calhoun CC: 2007-002803-FH

_____/

On order of the Court, the motion for reconsideration of this Court's June 28, 2010 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2010

Clerk

p0830